IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN JUAREZ MORENO,<br><br>Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS<br><br><br><br>Case No. 2:12-CR-644 TS |

Defendant Juan Juarez Moreno filed a Motion to Suppress on March 16, 2013. The Motion to Suppress was referred to Magistrate Judge Robert T. Braithwaite pursuant to 28 U.S.C. § 636(b)(1)(B), who issued a Report and Recommendation on October 16, 2013, recommending that the Motion to Suppress be denied. Objections to the Report and Recommendation were due by October 30, 2013. Neither party has filed an objection.

Having considered the Report and Recommendation, it is hereby

ORDERED that the Magistrate Judge's Report and Recommendation (Docket No. 32) is ADOPTED IN FULL. It is further

ORDERED that Defendant's Motion to Suppress (Docket No. 21) is DENIED. It is further

ORDERED that the time from the filing of the Motion to Suppress—March 16, 2013—through the date of this Order is excluded from the computation of the Speedy Trial Act time pursuant to 18 U.S.C. § 3161(h)(1)(D) and (H).

The parties are directed to contact the Magistrate Judge within fourteen (14) days to set this matter for further proceedings.

DATED   November 7, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge